UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LATOYA M. MCDANIEL,

    Defendant.

Case No. 10-cr-40032-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Latoya M McDaniel's motion for appointment of new counsel on appeal (Doc. 44). This Court does not have the authority to appoint counsel on appeal. Only the Court of Appeals may allow defense counsel to withdraw after judgment is entered or appoint new counsel for purposes of an appeal. *United States v. Flowers*, 789 F.2d 569, 570 (7th Cir. 1986) (*per curiam*); *accord Corral v. United States*, 498 F.3d 470, 474 (7th Cir. 2007); *see* Circuit Rule 51 ("Trial counsel in a criminal case, whether retained or appointed by the district court, is responsible for the continued representation of the client desiring to appeal unless specifically relieved by the court of appeals upon a motion to withdraw."). Accordingly, the Court hereby **DIRECTS** the Clerk of Court to **TRANSFER** the pending motion (Doc. 44) to the Court of Appeals for the Seventh Circuit in connection with Appeal No. 11-1352.

**IT IS SO ORDERED.**
**DATED: April 27, 2011**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**